Max R. Klemm, Administrator with Will Annexed of the Estate of Howard L. Maxon, Deceased, Plaintiff-Appellant, v. Trustees of the American Red Cross, Board of Trustees of Carroll College, Trustees of the Salvation Army of America, Trustees of the Indiana Association of Spiritualists, Inc., Anderson Banking Company, Helen Richardson et al., and Unknown Owners, Defendants.

Trustees of the Indiana Association of Spiritualists, Inc. and Anderson Banking Company, Defendants-Appellees.

Gen. No. 10,200.

Third District.

February 17, 1959.

Released for publication March 5, 1959.

Flesher & Taylor, for plaintiff-appellant; Hershey & Bliss (Richard G. Hershey, William J. Meyer, Jr., of counsel) for defendants-appellees. Opinion by JUDGE REYNOLDS. Not to be published in full.